IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER JACK MEIGS,<br><br>Defendant. | CR 5-12-M-DWM<br><br><br>ORDER |

On November 18, 2025, United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendations with respect to the disposition of the revocation proceedings stemming from the October 31, 2025 petition for revocation of Defendant Walter Jack Meig's supervised release. (Docs. 24, 32, 34.) The petition alleges two violations: (1) failure to comply with prohibition on viewing sexually explicit content, and (2) failure to complete an outpatient sex offender treatment program. (Doc. 24.) At the November 18, 2025 final revocation hearing, Meigs admitted both violations alleged in the petition. (Docs. 32, 34.) Based on the admitted conduct, Judge Cavan found that Meigs committed the violations alleged in the petition and recommended 6 months of imprisonment followed by a lifetime term of supervised release. (Doc. 34.)

Neither party has filed objections. Failure to object waives the right to

1

review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Finding no clear error in Judge Cavan's conclusion that supervised released be revoked and that this Court sentence Meigs to 6 months imprisonment followed by a lifetime term of supervised release, the Court adopts those findings and recommendations. (*See* Doc. 34.)

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations, (Doc. 34), is ADOPTED IN FULL.

IT IS FURTHER ORDERED that the defendant's supervised release is revoked. Judgment will be entered by separate document.

DATED this 5th day of December, 2025.

Donald W. Molloy, District Judge
United States District Court